# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON LEWIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-02979-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DELTA AIR LINES, INC., ) | |
| ) | |
| Defendant. ) | |

  This matter is before the Court on __Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed December 30, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiffs have failed to comply. Accordingly,

  **IT IS ORDERED** that Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **February 7, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

  DATED this 30th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge