Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARON LEWIS,<br><br>               Plaintiff,<br><br>vs.<br><br>DELTA AIRLINES, INC., and DOES I through X, inclusive.<br><br>               Defendant. | Case No.: 2:16-cv-02979-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTION FOR SUMMARY JUDGMENT**<br>**(SECOND REQUEST)** |

Plaintiff Sharon Lewis ("Plaintiff") and Delta Airlines Inc. ("Defendant") by and through undersigned counsel, hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion for Summary Judgment and for Defendant to file its reply thereto. This request is submitted pursuant to LR IA 6-1, 6-2, LR 7-1 and 26-4 and is the parties' second request.

This Court granted the parties' first stipulation to extend the dispositive motion deadline and responses thereto on October 5, 2017. (ECF No. 16.) Defendant filed its Motion for Summary Judgment on November 30, 2017. (ECF No. 17.) Plaintiff's response was due on December 21, 2017 pursuant to the previous stipulation and order (ECF No. 16); however, Plaintiff's counsel requested an extension due to illness. Defendant agreed to the extension so long as Defendant's

deadline to reply would be extended as well. Therefore, the parties have agreed to the following proposed dispositive motion response and reply deadlines:

Plaintiff shall file her response no later than Thursday, January 4, 2018 and Defendant shall file its reply no later than January 25, 2018.

This stipulation is not brought for purposes of delay or other improper purpose.

DATED this 28th day of December, 2017.    DATED this 28th day of December, 2017.

LAW OFFICES OF JAMES J. LEE          OGLETREE, DEAKINS, NASH, SMOAK
                                      & STEWART, P.C.

 /s/ James J. Lee                     /s/ Amy Howard
James J. Lee                          Suzanne L. Martin
2620 Regatta Dr. Ste. 102             Amy L. Howard
Las Vegas, NV 89128                   Wells Fargo Tower
                                      Suite 1500
*Attorneys for Plaintiff Sharon Lewis*  3800 Howard Hughes Parkway
                                      Las Vegas, NV 89169

                                      *Attorneys for Defendant Delta Airlines, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED: December 29, 2017**