1  Suzanne L. Martin
   Nevada Bar No. 8833
2  suzanne.martin@ogletreedeakins.com
3  Amy L. Howard
   Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   3800 Howard Hughes Parkway
6  Suite 1500
   Las Vegas, NV 89169
7  Telephone: 702.369.6800
   Fax: 702.369.6888
8

9  *Attorneys for Defendant Delta Air Lines, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARON LEWIS, | Case No.: 2:16-cv-02979-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DELTA AIRLINES, INC., and DOES I through X, inclusive. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant Delta Air Lines, Inc., ("Defendant"), and Plaintiff Sharon Lewis ("Plaintiff"), by and through counsel for Plaintiff, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

//
//
//
//

Each party is to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 2nd day of February, 2018.   DATED this 2nd day of February, 2018

OGLETREE, DEAKINS, NASH, SMOAK   LAW OFFICES OF JAMES J. LEE
& STEWART, P.C.


 */s/ Suzanne L. Martin*   */s/ James J. Lee*
Suzanne L. Martin   James J. Lee
Amy L. Howard   2620 Regatta Dr. Ste. 102
Wells Fargo Tower   Las Vegas, NV 89128
Suite 1500
3800 Howard Hughes Parkway   *Attorneys for Plaintiff Sharon Lewis*
Las Vegas, NV 89169

*Attorneys for Defendant Delta Air Lines, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 5th day of February, 2018.

2